No. 72–312. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. v. WARE. Ct. App. Cal., 1st App. Dist. Certiorari granted.

No. 72–397. BONELLI CATTLE CO. ET AL. v. ARIZONA ET AL. Sup. Ct. Ariz. Certiorari granted. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–1097. YUMICH ET AL. v. CITY OF CHICAGO; and

No. 71–1098. CITY OF CHICAGO v. YUMICH ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 452 F. 2d 59.

No. 71–5991. SELLERS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 72–480. RIDGEWAY v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 72–511. CALIFORNIA v. HILLS. App. Dept., Super. Ct. Cal., County of San Francisco. Certiorari denied.

No. 72–647. CALIFORNIA v. FOREMAN. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 72–675. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–692. DENTAMARO ET AL. v. UNITED STATES;
No. 72–693. IACOVETTI v. UNITED STATES; and
No. 72–5659. CARDILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 466 F. 2d 1147.